No. 90–6433.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–6456.  WASHINGTON v. RUCKER.  C. A. 11th Cir.  Certiorari denied.

No. 90–6505.  SILVERBURG v. STEWART ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6581.  ZATKO v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 90–6582.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–6583.  ZATKO v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 90–6613.  STOTT v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 90–6664.  VALDES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–6698.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–6719.  OSPINA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6727.  CHOTAS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6759.  MAGUIRE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–6761.  GRIFFITH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–6790.  ZATKO v. SUPERIOR COURT OF CALIFORNIA, DEL NORTE COUNTY.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.